IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BLAIR, ) | No. C 09-6048 LHK (PR) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| ROBERT K. WONG, Warden, ) | |
| Respondent. ) | |

The Court dismissed the petition for a writ of habeas corpus as moot and for failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. Judgment is entered in favor of Respondent and against Petitioner. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED:   10/26/10

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.09\Blair048jud.wpd